| Date | Pleading Number | |
|---|---|---|
| 1/2/73 | 1. | MERRILL LYNCH, PIERCE, FENNER & SMITH INC. -- Motion for consolidation brief in support and affidavit of service. REQUESTED TRANSFEREE FORUM: S.D. New York |
| 1/5/73 | 2 | ROLF STANFORD, PLAINTIFF response to motion w/cert of service |
| 1/8/73 | | Amendment of Certificate of Service *(only copy)* from movant to include copies of motion mailed to District Courts where actions are pending |
| 1/8/73 | | Amendment of Certificate of Service from movant to include misc. individuals |
| 1/12/73 | | JEZARIAN V. CSAPO, et al. S.D.N.Y. 72 Civ. 1671 Request from counsel for plaintiff for extension to file response to motion |
| | | ORDER - extending to all participants 1/26/73 to file and serve response to motion |
| 1/15/73 | 3 | PRESSPRICH & CO. response to motion w/cert. of service |
| 1/16/73 | 4 | HARRIS, KERR, FORSTER & CO. respons to motion w/cert. of service |
| 1/18/73 | 5 | PEAT, MARWICK, MITCHELL & CO. response to motion w/cert. of service |
| 1/18/73 | | DAVID STEINBERG request for extension to file response to motion |
| | | ORDER - DENYING extension - Notified counsel |
| 1/22/73 | 6 | H. E. JONES AND ALECK GOLDBERG Response to motion and cross motion w/brief and cert. of service |
| 1/22/73 | 7 | AMENDMENT OF MOTION OF MERRILL, LYNCH, PIERCE, FENNER & Smith to add two more actions w/cert. of service |
| 1/22/73 | 8 | HARPER SIBLEY, JR. Motion and Cross Motion w/brief and exhibits and cert. of service. |
| 1/23/73 | | STIVER & CO., ET AL. request for an extension to file and serve response |
| | | ORDER - Denying request for extension. |
| 1/23/73 | 9 | RICHARD DECOURSEY, ET AL. Plaintiffs response to motion w/cert of service. |
| ~~1/26/73~~ | | ~~Amendment of Certificate of Service from movant to include counsel~~ |
| 1/26/73 | 10 | STIRLING, YANOWITCH, MARSHALL, CSAPO, SCHULTZ response to motion w/cert. of service |
| 1/26/73 | 11 | RAICHLE response to motion for consolidation w/cert. of service. |
| 1/26/73 | 12 | JEZARIAN, ET AL. response to motion w/cert. of service |
| 1/26/73 | 13 | RAICHLE, ET AL. response to motion w/cert. of service |
| 1/30/73 | 14 | NEW YORK STOCK EXCHANGE response to motion w/cert of service |
| 1/30/73 | 15 | FRANK R. LANCELOTTA, JR. response to motion w/cert. of service |
| 2/1/73 | | Amendment to certificate of service from movant to include misc individuals |
| 2/2/73 | 16 | DAVID STEINBERG response to motion w/cert of service |
| 2/2/73 | 17 | THEODORE W. KHEEL response to motion w/cert. of service. |
| 2/5/73 | | HEARING ORDER - Set for February 23, 1973, Washington, D.C. |
| 2/5/73 | 18 | ARTHUR E. RISLEY, response to motion w/cert. of service |
| 2/5/73 | 19 | REPLY BRIEF OF MERRILL LYNCH, PIERCE, FENNER & SMITH INC. |
| 2/7/73 | | RAICHELE supplemental certificate of service. |
| 2/8/73 | | ARTHUR E. RISLEY amended certificate of service |
| 2/12/73 | 20 | MARINE MIDLAND BANK, WESTERN AND MARINE MIDLAND BANK ROCHESTER Response to motion w/cert of service |
| 2/16/73 | | MERRILL LYNCH, PIERCE FENNER & SMITH reply letter correcting pleading No. 18 |

cont.

| Date | Pleading Number | |
|---|---|---|
| 2/22/73 | 21 | CHEMICAL BANK response to motion w/cert. of service |
| 2/22/73 | 22 | MARINE MIDLAND BANDK (Supplemental pleading see pleading No. 20) w/cert. of service |
| 2/22/73 | 23 | CHASE MANHATTAN BANK response to motion w/cert. of service |
| 2/26/73 | 24 | FRANK G. RAICHLE, TRUSTEE OF S.H., Reply brief |
| 12/11/73 | | consent OF TRANSFEREE COURT (S.D.N.Y.) for Judge Bonsal to handle litigation. only 1 copy |
| 12/12/73 | | ORDER - transferring actions to the S.D. New York for assignment to Judge Bonsal for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 A-1 through B-2 |
| 2/28/74 | | Josephine Bihaly v. Merrill, Lynch, Pierce, D. N.J., 1354-73 |
| | | Edward DeFazio v. Merril, Lynch, D. N.J., 680-73 |
| | | Zevenbergen v. Merrill, Lynch, W.D. Mo. 73 CV 398-W-3 |
| | | Webster v. Merrill, Lynch, W.D. Mo., 73CV206-W-3 |
| | | Crabbe, et ux v. Merrill, Lynch, W.D.Wash., 131-73C3 |
| | | Erickson v. Merrill, Lynch, W.D. Wash 557-73C2 |
| | | Franco v. Merrill, Lynch, D. Colorado, C-4721 |
| | | Federoff, et al. v. Merrill, Lynch, E.D.Mich, 4-70113 |
| | | Monte Friedkin v. Merrill, Lynch, N.D. Ohio, C-73-466 |
| | | Puzyrewski v. Merrill, Lynch, N.D. Ill, 73C 3286 |
| | | CTOs entered today. Notified counsel and involved judges. |
| 3/14/74 | | ALFRED FEDEROFF, ET AL. V. MERRILL, LYNCH, E.D. MICH, 4-70113 Notice of opposition from plaintiff to CTO filed today. ORDER entered staying CTO. Notified counsel. |
| 3/15/74 | | MONTE FRIEDKIN, ET AL. V. MERRILL, LYNCH, N.D. OHIO 73-466Y Notice of Opposition from plaintiff file today. ORDER entered staying CTO enterd 2/28/74 NOTIFIED COUNSEL |
| 3/18/74 | | JOSEPHINE BIHALY, MERRILL, LYNCH, D. N.J., 1354-73 |
| | | DEFAZIO V. MERRILL, LYNCH, D.NJ. 680-73 |
| | | ZEVENBERGEN V. MERRILL, LYNCH, W.D.MO., 73CV398-W-3 |
| | | WEBSTER V. MERRILL, LYNCH, W.D.MO, 73CV206-W-3 |
| | | CRABBE V. MERRILL, LYNCH, W.D.Wash, 131-73C3 |
| | | ERICKSON V. MERRILL, LYNCH, W.D.WASH 557-73C2 |
| | | FRANCO V. MERRILL, LYNCH, D. Colo, C-4721 |
| | | PUZYREWSKI, ET AL. V. MERRILL LYNCH, N.D.Ill, 73C3286 CTO's final today. Notifeid transfree Clerk, involved judges and clerk |
| 3/25/74 | 25 | ALFRED AND RUTH FEDEROFF V. MERRILL, LYNCH, E.D. MICH., 4-70113 Plaintiffs motion and breif to vacate CTO w/cert/ of service |
| 3/29/74 | 26 | MONTE FRIEDKIN, ET AL. motion and brief to vacate CTO w/cert. of service |
| 4/1/74 | | Monte Friedkin, et al. v. Merrill Lynch, Pierce, Fenner & Smith N.D. Ohio, No. C-73-466 |
| | | Federoff, et al. v. Merrill Lynch, Pierce, Fenner & Smith, E.D. Mich No. 4-70113 |
| | | HEARING ORDER setting actions for hearing on April 26, 1974, Washington, D. C. |
| 4/12/74 | 27 | FEDEROFF, E.D. MICH, 4-70113 - Defendant Merrill Lynch reply and brief |
| 4/15/74 | 28 | FRIEDKIN, N.D. OHIO C-73-466Y - Defendant Merrill Lynch reply |
| 5/15/74 | | MARION N. BARUCH V. MERRILL LYNCH, N.D.ILL, C.A. NO. 74 C1101 CTO entered today. Notified counsel, involved judges. |
| 5/31/74 | | MARION N. BARUCH V. MERRILL LYNCH, N.D.ILL, CA No 74C1101 CTO final today. Notified clerks, involved judges |

| Date | Pleading Number | |
|---|---|---|
| 5/31/74 | | VAL DRLLEVICH V. MERRILL LYNCH, PIERCE, FENNER & SMITH, W.D.MO., 74-CV220-W-4 |
| | | MELVYN ANHALT V. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., S.D.TEX 74-H-594 |
| | | CTOs entered today. Notified counsel, involved judges. |
| 6/18/74 | | VAL DRLLEVICH V. MERRILL, LYNCH, PIERCE, FENNER & SMITH, W.D.MO., 74-CV220-W-4 |
| | | MELVYN ANHALT V. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., S.D.TEX 74-H-594 |
| | | CTOs final today. Notified transferee clerk, involved judges. |
| 8/7/74 | | SOL ZISOOK V. HOSMER MORSE AND MERRILL LYNCH, PIERCE FENNER & SMITH INC., N.D. ILL, 74C1846 CTO entered today. Notified counsel |
| 8/20/74 | | ALFRED & RUTH FEDEROFF, ET AL. V. MERRILL LYNCH, E.D.MICH, 4-70113 ORDER vacating CTO entered on Feb. 28, 1974. Notified involved judges, service counsel. |
| 8/20/74 | | LETTER FROM JUDGE JOINER stating discovery is complete and Federoff action is ready for trial. |
| 8/23/74 | | SOL ZISOOK V. HOSMER MORSE, ET AL., N.D.ILL 74C 1846 CTO FINAL TODAY. Notified clerk, trandferee judge, transferor judge |
| 9/27/74 | | SXXXERXXXXERXNXOMSKOXAMOXXERROXXXXN SELLER V. KRZYMINSKI AND MERRILL LYNCH, N.D.IND., H-74-217 -- CTO entered today. Notified counsel, involved judges. |
| 10/16/74 | | SELLER V.KRZYMINSKI AND MERRILL LYNCH, N.D. INC., H-74-217- CTo final today. Notified transferee judge, clerk, transferor judge clerk |
| 1/28/75 | | OPINION & ORDER -- embodying reasons for transfer ordered by minute order of December 21, 1973. Copies distributed to transferee judge and clerk, members of the panel, publishers and involved counsel. |
| 1/28/75 | (C-6) | OPINION & ORDER -- Monte Friedkin, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc., N.D. Ohio, Civil Action No. C-73-466 ----- lifting stay of CTO and transferrin action to S.D. New York and Judge Bonsal. Notified involved judges and clerks, counsel, members of the Panel and publishers. |
| 5/12/75 | | MEYER, ETC. V. MERRILL LYNCH, PIERCE, FENNER & SMITH, N.D.TEX, 4-75-9 CTO filed today. Notified counsel, involved judge |
| 5/28/75 | | MEYER, ETC. V. MERRILL LYNCH, N.D. TEX., 4-75-9 CTO effective today. Notified clerks, involved judges |
| 6/9/75 | | APPERANCE -- Barry E. Morgen, Esq., for Sol Zisook |
| 8/19/75 | | R.C. FERNON, JR. V. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., M.D. FLORIDA, 75-490-Civ TK -- CTO filed today. Notified Counsel, involved judges |
| 8/29/75 | | NOTICE OF OPPOSITION -- R. C. FERNON JR., ET UX. -- Conditional Transfer Order Stayed Until further order of the Panel -- Notified counsel involved judges. |
| 9/15/75 | | REQUEST FOR EXTENSION -- R. C. Fernon -- Granted to Sep. 23, 1975 |
| 9/22/75 | 29 | R.C. FERNON,JR. V. MERRILL LYNCH, M.D. FLA., 75-490 Civ. TK MOTION AND BRIEF -- R. C. Fernon to vacate CTO w/cert. of service |
| 10/6/75 | 30 | RESPONSE -- MERRILL LYNCH, Pierce Fenner & smith w/cert. of service |
| 10/9/75 | | R. C. FERNON JR. V. MERRILL LYNCH M.D. FLA, 75-490 Civ. TK HEARING ORDER setting R. C. Fernon for oral hearing October 29, 1975 Orlando, Florida |
| 10/20/75 | | REED V. MERRILL LYNCH, D. MD., H-75-1246 CTO filed today. Notified counsel involved judges |
| 10/29/75 | | WAIVERS OF ORAL ARUGMENT -- Plaintiff and Defendant for 10/29/75 hearing |



D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 11/5/75 | W. DOUGLAS REED V. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. D. MD., H-1246 CTO FINAL TODAY. NOTIFIED CLERKS, INVOLVED JUDGES | |
| 12/3/75 | R.C. FERNON JR., ET AL UX V. MERRIL LYNCH, PIERCE, FENNER AND SMITH M.D. Fla. CA NO. 75-490 OPINION AND ORDER TRANSFERING CASE TO S.D. NY FOR ASSIGNMENT TO JUDGE BONSAL UNDER §1407 | |
| 1/14/76 | RICHARD F. DOOLEY V. MERRILL LYNCH, N.D. ILL, 75C4136 CTO filed today. Notified counsel, involved judges. | |
| 1/29/76 | RICHARD F. DOOLEY V. MERRILL LYNCH, N.D. ILL 75C4136 CTO FINAL TODAY. Notified clerks, involved judges | |
| 2/5/76 | GOLDSTEIN V. MERRILL LYNCH, N.D.ILL, 75-4439 CTO FILED TODAY. NOTIFIED COUNSEL, INVOLVED JUDGES | |
| 2/12/76 | GOLDSTEIN V. MERRILL LYNCH, N.D.ILL, 75-4439 NOTICE OF OPPOSITION -- Plaintiff Goldstein -- Notified counsel | |
| 2/27/76 | 31) MOTION BRIEF -- PLAINTIFF GOLDSTEIN TO VACATE CTO | |
| 3/4/76 XX | HEARING ORDER -- Setting N.D. Illinois, Goldstein action for hearing March 26, 1976, Washington, D. C. | |
| 3/10/76 | EQUITY INVESTMENT CLUB ET AL V. MERRILL LYNCH PIERCE FENNER & SMITH CTO FILED TODAY NOTIFIED COUNSEL, INVOLVED JUDGES | |
| 3/10/76 | 32 -- RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CTO (Goldstein v. Merrill Lynch) w/ Certificate of Service Merrill Lynch, Pierce, Fenner & Smith | |
| 3/23/76 | WAIVER OF ORAL ARGUMENT -- Goldstein v. Merrill Lynch -- plaintiff and defendant | |
| 3/24/76 | EQUITY INVESTMENT CLUB ET AL. V. MERRILL LYNCH, FENNER, PIERCE SMITH N.D. Ohio C76-20-Y CTO FINAL TODAY. NOTIFIED INVOLVED CLERKS, JUDGES | |
| 5/10/76 | (C20) IRVING A. GOLDSTEIN v. Merrill Lynch Pierce Fenner & Smith N.D. Illinois, 75C4439 -- ORDER VACATING CONDITIONAL TRANSFER ORDER -- Notified involved counsel and involved judge | |
| 6/8/76 | (C-21) ROBERT F. HOFFMAN, JR. V. MERRILL LYNCH, PIERCE FENNER & SMITH D. N.J., 76-720 -- CTO filed today. Notified counsel, involved judges | |
| 6/24/76 | (C-21) ROBERT E. HOFFMAN, JR. V. MERRILL LYNCH, PIERCE FENNER & SMITH D. N.J., 76-720, CTO final today. Notified clerks, involved judges | |
| 4/11/77 | (C-22) FRANK G. RAICHLE, ETC. V. DAVID STIRLING, JR., ET AL., W.D.N.Y., CA. 77-28 -- CTO FILED TODAY. Notified Counsel Involved Judges | |
| 5/20/77 | (C-22) Frank G. Raichle, Etc. v. David Stirling, Jr., et al., W.D.N.Y., CA. 77-28 -- Notice of Opposition filed today -- Plaintiff Raichle. | |
| 6/1/77 | C-22) Frank G. Raichle, etc. -- NOTICE OF HEARING -- Set for June 24, 1977 Washington, D. C. | |
| 6/6/77 | 33) C-22 RAICHLE, ETC. V. STIRLING, W.D.N.Y., 77-28 MOTION, BRIEF TO VACATE CTO -- Plaintiff w/cert. of service | |
| 6/21/77 | REQUEST TO CONTINUE 6/24/77 HEARING -- C-22 Deft. Marshall | |
| 6/21/77 | ORDER -- VACATING HEARING SCHEDULED IN c-22 for June 24, 1977 NOTIFIED INVOLVED COUNSEL AND JUDGES | |
| 8/26/77 | HEARING ORDER -- Setting C-22 Raichle, etc. v. Stirling Homex for hearing September 30, 1977, Boston, Massachusetts | |
| 10/3/77 | WAIVER OF ORAL ARGUMENT -- Charles Marshall, defendant. for hearing held on Sept. 30, 1977 | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 12/28/77 | C-22 FRANK G. RAICHLE, ETC. V. DAVID STIRLING JR., ET AL. W.D.N.Y., CA NO. 77-28 -- OPINION AND ORDER transferring action to S.D.N.Y. under 28 U.S.C. §1407. | |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 126 -- IN RE STIRLING HOMEX CORP. SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/06/12 | 34 | MOTION TO REMAND, MEMORANDUM, AFFIDAVIT IN SUPPORT OF MOTION of Frank G. Raichle, Cert. of Svc. -- C-22 Raichle etc. v. Stirling, Jr., et al., S.D.N.Y., C.A. No. 78 CIV 0257 (W.D.N.Y., C.A. No. 78-28) -- Pltf. Raichle. (ds) |
| 80/07/03 | 35 | AFFIDAVIT AS SUPPLEMENT TO MOTION -- Frank G. Raichle, etc. cert. of service (cds) |
| 80/08/21 | | HEARING ORDER -- setting C-22 for hearing on Sept. 25, 1980 in Nashville, Tenn. (ea) |
| 80/09/22 | | WAIVER OF ORAL ARGUMENT -- All parties (cds) |
| 80/10/03 | | REMAND ORDER -- Remanding C-22 Raichle, etc. v. David Stirling, et al., S.D. New York, C.A. No. 78 Civ. 0257 (W.D. New York, 77-28) to the Western District of New York pursuant to 28 U.S.C. §1407. (emh) |
| 81/02/19 | | STIPULATION AND ORDER SUGGESTING REMAND of C-6 -- Approved by Judge Dudley Bonsal and filed in S.D.N.Y. 1/29/81 (ds) |
| 81/02/19 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-6 Friedkin, et al. v. Lynch, Pierce, Fenner & Smith, Inc., S.D.N.Y., C.A. No. 75 Civ 563 (N.D. Ohio, C.A. No. C-73-466. Notified involved counsel and judge. (ds) |
| 81/03/09 | | CONDITIONAL REMAND ORDER FINAL TODAY -- C-6 Friedkin, et al v. Merrill Lynch, Pierce, Fenner & Smith -- Notified involved clerks and judge. (ea) |

DOCKET NO. 126 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

1/28/75 (mo) 388 F. Supp. 562
1/28/75 O&O 388 F. Supp. [illegible]
12/3/75 O&O 405
[illegible] 422 F. Supp. 314
12/28/77 O&O

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
Official file
Box 3, Box 4

Description of Litigation

IN RE STIRLING HOMEX CORPORATION SECURITIES LITIGATION     12/28/77 O&O ___ F. SUPP.

Summary of Panel Action

Date(s) of Hearing(s)  2/23/73   4/26/74
Date(s) of Opinion(s) or Order(s)   12/21/73 (mo)   1/28/75 O&O
Consolidation Ordered  ✓           Name of Transferee Judge  DUDLEY B. BONSAL
Consolidation Denied  ~~=~~        Transferee District  SOUTHERN DISTRICT OF NEW YORK   (M-21-10)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gregory Jezarian, et al. v. Frank Csapo, et al. | S.D.N.Y. Bonsal | 72 Civ 1671 | | | 4/16/82 | Motion-1/2/73 Merrill Lynch |
| A-2 | Daniel C. Aguirre v. Merrill Lynch, Pierce, Fenner & Smith, et al. | S.D.N.Y. Cannella | 72 Civ 4744 | | | 10/2/81 | " " |
| A-3 | Rolf Stanford v. Merrill Lynch, Pierce, Fenner & Smith Inc. | W.D.Mo. Collinson | 20613-3 | 12/21/73 | 74Civ.60-DBB | 10/2/81 | " " |
| A-4 | Joseph Gittleman, et ux. v. Merrill Lynch, Pierce, Fenner & Smith Inc. | E.D.Mich. Feikens | 39055 | 12/21/73 | 74Civ.58-DBB | 10/2/81 | 1/11/74 " |
| A-5 | H. E. Jones, et al. v. David Stirling, Jr., et al. | W.D.N.Y. Burke | 1972-579 | 12/21/73 | 74Civ.61-DBB ✱ | 10/2/81 | " " |
| A-6 | David Steinberg v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. | E.D.Pa. | 72-234-1 | 12/21/73 | 74Civ.63-DBB ✱ | 10/2/81 | " " |
| A-7 | Frank R. Cancelotta, Jr. v. Merrill Lynch, Pierce, Fenner & Smith Inc. | D. Md. Harvey | 72-1186-H | 12/21/73 | 74Civ.57-DBB | 10/2/81 | 1/7/4 " " |
| A-8 | Richard DeCoursey, et al. v. Stirling Homex Corp., et al. | S.D.Ohio Hogan | 8632 | 12/21/73 | 74Civ.62-DBB ✱ | 10/2/81 | " " |
| B-1 | Terry F. Tobeck, etc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. et al. | Minnesota Lord | 4-73 Civ. 22 | 12/21/73 | 74Civ.59-DBB ✱ | 10/2/81 | Amended Motion 1/22/73 |
| B-2 | Arthur E Lisley v. Merrill Lynch Pierce, Fenner & Smith, Inc. | Colorado | C-4641 | 12/21/73 | 74Civ.56-DBB | 10/2/81 | " " |

✱ S1404 to S.D.N.Y. see J. Bonsal's order 12/22/75

DOCKET NO. 126 (CONTINUED)     PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | Josephine Bihaly v. Merrill, Lynch Pierce, Fenner & Smith Inc., and Bernard Greene 2/28/74 | D. N.J. | 1354-73 | 3/18/74 | 74 Civ 1363 | 10/2/81 | 5/1/74 |
| C-2 | William D. Zevenbergen v. Merrill Lynch, Pierce, Fenner & Smith, Inc. 2/28/74 | W.D.Mo. Becker | 73CV398-W-3 | 3/18/74 | 74 Civ 1365 | 10/2/81 | |
| C-3 | Frederick L. Webster v. Merrill, Lynch, Pierce, Fenner & Smith 2/28/74 | W.D. Mo. Becker | 73CV206-W-3 | 3/18/74 | 74 Civ 1366 | 10/2/81 | |
| C-4 | Richard Crabbe, et ux. v. Merrill Lynch, Pierce, Fenner & Smith, et al. 2/28/74 | W.D.Wash Goodwin | 131-73C3 | 3/18/74 | 74 Civ 1367 | 10/2/81 | |
| C-5 | M. Edward DeFazio, et al. v. Merrill, Lynch, Pierce, Fenner & Smith, et al. 2/28/74 | D. N.J. Garth | 680-73 | 3/18/74 | 74 Civ 1364 | 10/2/81 | |
| C-6 | Monte Friedkin, et al. v. Merrill Lynch, Pierce, Fenner & Smith 2/28/74 | N.D. Ohio | C-73-466 | 1/28/75 | 75CV563 | 3/9/81 R | |
| C-7 | Alfred and Ruth Federoff, et al. v. Merrill, Lynch, Pierce Fenner & Smith, et al. 2/28/74 | E.D. Mich Joiner | 4-70113 | see transfer | | | |
| C-8 | Patricia L. Franco v. Merrill, Lynch, Pierce, Fenner & Smith, Inc. 2/28/74 | D. Colo. | C-4721 | 3/18/74 | 74 Civ 1369 | 10/2/81 | |
| C-9 | James K. Erickson v. Merrill, Lynch, Pierce Fenner & Smith 2/28/74 | W.D.Wash | 557-73C2 | 3/18/74 | 74 Civ 1368 | 10/2/81 | |
| C-10 | Joseph Puzyrewski et al. v. Merrill Lynch Pierce Fenner & Smith 2/28/74 | N.D.Ill | 73C3286 | 3/18/74 | 74 Civ 1370 | ★ 10/2/81 | |
| C-11 | Marion N. Baruch v. Merill, Lynch, Pierce, Fenner & Smith 5/15/74 | N.D. Ill Decker | 74C1101 | 5/31/74 | 74 Civ 2314 | ★ 10/2/81 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-12 | Melvyn Anhalt v. Merrill Lynch, Pierce, Fenner & Smith, Inc.  5/31/74 | S.D. Tex | 74-H-594 | 6/18/74 | 74CV2765 | 10/2/81 | |
| C-13 | Val Drllevich v. Merrill Lynch, Pierce Fenner & Smith, Inc.  5/31/74 | W.D.Mo. | 74CV220-W-4 | 6/18/74 | 74CV2764 | 10/2/81 | |
| C-14 | Sol Zisook v. Hosmer Morse and Merrill Lynch, Pierce, Fenner & Smith, Inc.  8/7/74 | N.D.Ill Marshall | 74C1846 | 8/23/74 | 74 Civ 3812 | 10/2/81 | |
| C-15 | Dr. Hubert A. Seller v. Edward Krzyminski and Merrill lynch, Pierce, Fenner & Smith, Inc.  9/27/74 | N.D. Ind | H74-217 | 10/16/74 | 74 Civ 4787 | 10/2/81 | |
| C-16 | Lambert D. Meyer, Jr., etc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.  5/12/75 | N.D. Texas | 4-75-9 | 5/28/75 | 75 Civ 2510 | 10/2/81 | |
| C-17 | R. C. Fernon Jr., et ux v. Merrill Lynch, Pierce, Fenner and Smith  8/19/75  opposed | M.D.Fla Krentzman | 75-490 Civ-TK | 12/3/75 | 75 Civ 6197 DBB | 10/2/81 | |
| C-18 | W. Douglas Reed v. Merrill Lynch Pierce, Fenner & Smith, Inc.  10/20/75 | D. Md. | H-75-1246 | 11/26/75 | 75 Civ 5674 DBB | 10/2/81 | |
| C-19 | Richard F. Dooley v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al. 1/14/76 | N.D.Ill Kirkland | 75C4136 | 1/29/76 | 76 Civ 545 | 10/2/81 | |
| C-20 | Irving A. Goldstein v. Merrill Lynch Pierce Fenner & Smith  vacated opposed 65/10/76 | N.D. Ill McMillen | 75 C 4439 | no transfer | | | |
| C-20 | Equity Investment Club, et al. v. Merrill Lynch, Pierce, Fenner & Smith Inc.  3/10/76 | N.D.Ohio Lambros | C76-20-Y | 3/24/76 | 76 Civ 1498 DBB | 10/2/81 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-21 | Robert F. Hoffman, Jr. v. Merrill Lynch, Pierce, Fenner & Smith  6/8/76 | D. N.J. Cuomo | 76-720 | 6/24/76 | 76CV2939 | 10/2/81 | |
| C-22 | Frank G. Raichle, etc. v. David Stirling, Jr., et al.  4/11/77  Opposed  July 1977  July 1978 — Tr. 29  July 1979 — Same  July 1980 — Same  July 1981 — Same | W.D.N.Y. Burke | 77-28 | 6/28/77 | 78Civ.0257 | 10/3/80R | |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 126 -- IN RE STERLING HOMEX CORP. SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| PLAINTIFFS LEAD COUNSEL<br>  Robert Block, Esquire<br>  Pomerantz, Levy, Haudek & Block<br>  295 Madison Avenue<br>  New York, New York  10017 | DEFENDANTS LEAD COUNSEL<br>  Ralph C. Menapace, Jr., Esq.<br>  Cahill, Gordon, Sonnett, Reindel & Ohl<br>  80 Pine Street<br>  New York, New York  10005<br><br>  E. Michael Bradley, Esquire<br>  Brown, Wood, Fuller, Caldwell & Ivey<br>  One Liberty Plaza<br>  New York, New York  10006 |
| R. C. FERNON, JR., ET UX. (C-17)<br>  Paul Sidney Elliott, Esquire<br>  2317 First Financial Tower<br>  Tampa, Florida  33602 | |
| W. DOUGLAS REED (C-18)<br>  Edward L. Blanton, Jr., Esq.<br>  Suite 300 Executive Building<br>  22 West Road<br>  Towson, Maryland  21204 | |
| RICHARD P. DOOLEY (C-19)<br>  Alfred P. Bianucci, Esquire<br>  Maher, Bianucci, Newman & Schlax<br>  230 West Monroe Street<br>  Chicago, Illinois  60606 | Mr. John J. Gorey<br>c/o Merrill Lynch, Pierce<br>Fenner & Smith, Inc.<br>Board of Trade Bldg.<br>141 West Jackson Blvd.<br>Chicago, Illinois  60604 |
| IRVING A. GOLDSTEIN C-20)<br>  Irving Goodman, Esquire<br>  33 N. LaSalle Street<br>  Chicago, Illinois  60602 | |
|   Eugene Green, Esq.<br>  Barry R. Laine, Esquire<br>  Green, Schiavoni, Mprhy & Haines<br>  Fourth Floor, Dollar Bank Bldg.<br>  Youngstown, Ohio  44503 | |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 126 -- STIRLING HOMEX CORPORATION SECURITIES LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Frank Csapo | ✓ A-1; A-5 C-22 |
| E. A. Bartz | ✓ A-1 |
| C. W. Marshall | ✓ A-1; A-2; A-5; B-1 C-22 |
| Edwin J. Schulz | ✓ A-1 C-22 |
| Harper Sibley, Jr. | ✓ A-1; A-2; A-5; A-8; B-1 |
| David Stirling, Jr. | ✓ A-1, A-2; A-5; A-8; B-1 C-4 C-22 |
| William G. Sitrling | ✓ A-1; A-2; A-5; A-8; B-1 C-4 C-22 |
| Carl L. Wren | ✓ A-1 |
| Stirling Homex Corp. | ✓ A-1; A-8 C-5 |
| Peat, Marwick, Mitchell & Co. | ✓ A-4; A-5; A-8; B-1 |

p. 2

| Name | Codes |
|---|---|
| Merrill, Lynch, Pierce, Fenner & Smith, Inc. | ✓ A-1; A-2; A-3; A-4; A-5; A-6; A-7; B-1; B-2; C-1; C-2; C-3; C-4; C-5; C-6; C-7; C-8; C-11; C-12; C-13; C-14; C-18; C-17; C-18; C-19; C-20; C-21 |
| Paul M. Kuvede, Jr. | ✓ A-2; B-1; C-2 |
| H. M. Yanowitch | ✓ A-2; A-5; A-8; B-1; C-4; C-22 |
| J. W. Castellucei | ✓ A-2; A-5; B-1 |
| R. E. Karkow | ✓ A-2; ~~~~; B-1 |
| T. W. Kheel | ✓ A-2; A-5; B-1 |
| Estate of David Stirling, Sr. | A-5; A-8 |
| Harry E. Figgie, Jr. | ✓ A-5 |
| Saunders, Stiver & Co. | ✓ A-5 |
| Dale S. Coenen | ✓ A-5 |
| John O. Doerge | ✓ A-5 |

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 126 -- IN RE STIRLING HOMEX CORPORATION SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| R. W. Pressprich & Co., Inc. | ✓ A-5 |
| Harris, Kerr, Forster & Co. | ✓ A-5; A-8 |
| New York Stock Exchange | ✓ A-6 |
| Chemical Bank of New York | ✓ A-8 |
| First National Bank of New Jersey | ✓ A-8  *dismissed 1/4/73* |
| Frank G. Raichel | ✓ A-8 C-4 |
| [illegible] Greer | C-1 |
| [illegible] | C-5 |
| [illegible] Moyer | C-7 |
| [illegible] | C-9 |

p. _____

| | |
|---|---|
| Peter Kutza | C-11 |
| Edward Krzyminski | C-15 |
| John Gorley | C-19 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 126 -- IN RE STERLING HOMEX CORP. SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| PLAINTIFFS LEAD COUNSEL<br>  Robert Block, Esquire<br>  Pomerantz, Levy, Haudek & Block<br>  295 Madison Avenue<br>  New York, New York  10017 | DEFENDANTS LEAD COUNSEL<br>  Ralph C. Menapace, Jr., Esq.<br>  Cahill, Gordon, Sonnett, Reindel & Ohl<br>  80 Pine Street<br>  New York, New York  10005<br><br>  E. Michael Bradley, Esquire<br>  Brown, Wood, Fuller, Caldwell & Ivey<br>  One Liberty Plaza<br>  New York, New York  10006 |
| R. C. VERNON, JR., ET UX. (C-17)<br>  Paul Sidney Elliott, Esquire<br>  2317 First Financial Tower<br>  Tampa, Florida  33602 | |
| W. DOUGLAS REED (C-18)<br>  Edward L. Blanton, Jr., Esq.<br>  Suite 300 Executive Building<br>  22 West Road<br>  Towson, Maryland  21204 | |
| RICHARD P. DOOLEY (C-19)<br>  Alfred P. Bianucci, Esquire<br>  Maher, Bianucci, Newman & Schlax<br>  230 West Monroe Street<br>  Chicago, Illinois  60606 | Mr. John J. Gorey<br>c/o Merrill Lynch, Pierce<br>Fenner & Smith, Inc.<br>Board of Trade Bldg.<br>141 West Jackson Blvd.<br>Chicago, Illinois  60604 |
| IRVING A. GOLDSTEIN C-20)<br>  Irving Goodman, Esquire<br>  33 N. LaSalle Street<br>  Chicago, Illinois  60602 | |
|   Eugene Green, Esq.<br>  Barry R. Laine, Esquire<br>  Green, Schiavoni, Mprhy & Haines<br>  Fourth Floor, Dollar Bank Bldg.<br>  Youngstown, Ohio  44503 | |

p. _____

| Plaintiff | Defendant |
|---|---|
| C-21 ~~Andrew A. Gioia, Esquire~~ ~~Cerio and Gioia~~ ~~Rd #3 Box 186, Route 15 South~~ ~~Lake Hopatcong, New Jersey~~ ~~07849~~ | CHARLES MARSHALL (C-22 Deft) Julian H. Kreeger, Esq. Kreeger & Kreeger Suite 1520 DuPont Bldg. 169 East Flagler St. Miami, Florida   33131 |
| C-22 Byron Johnson, Esquire Johnson, Reiff and Mulian 47 South Fitzhugh Street Rochester, New York   14614 | (C-22 Deft) Carl Tarricone, Esquire Donald L. Bilgore, Esquire Suite 100, Towers Bldg. 16 Main Street W. Rochester, New York 14614 |